**KALIELGOLD PLLC**
Amanda J. Rosenberg  (SBN 278507)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
*arosenbergl@kalielpllc.com*

**KALIELGOLD PLLC**
Sophia G. Gold (SBN: 307971)
490 43rd Street, Ste 122
Oakland, CA 94609
Telephone: (202) 350-4783
*sgold@kalielgold.com*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NOTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| SARAH LETENDRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLS KILL, INC.,<br><br>Defendant. | Case No. 3:25-cv-03978-JD<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Sarah Letendre, by and through her undersigned counsel, hereby notifies the Court the parties have reached a settlement and anticipate full compliance of the settlement agreement within thirty days of the date of this notice.

Date: August 14, 2025

                                                            /s/*Amanda J. Rosenberg*
                                                            Amanda J. Rosenberg

                                                           *Counsel for Plaintiff*